# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID D. HILL, JR.,** on behalf of Himself
and Others Similarly Situated,

        **Plaintiff,**

**-vs-**                                                      **Case No. 6:13-cv-624-Orl-22DAB**

**UNIFIRST CORPORATION,** a
Massachusetts Corporation,

        **Defendant.**
_____

## ORDER

      The matter is before the Court on a motion to approve a settlement agreement (Doc. 15). Absent from the motion or the Complaint, however, is specific reference to the amount of the claim, and no Interrogatory Answers have been filed (as required by the Scheduling Order). As the Court cannot conduct a fairness review of the compromise required by *Lynn's Food Stores, Inc. v. U.S. Dept. of Labor,* 679 F.2d 1350 (11th Cir. 1982) without disclosure of the amount Plaintiff claims to be due, the parties are **directed** to make such a filing, which shall also include an evidentiary basis for the claimed attorney's fees and costs, within seven days of the date of this Order. To the extent the amount claimed was not compromised,[1] the parties shall so state.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 25, 2013.

                                                          *David A. Baker*
                                                        DAVID A. BAKER
                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] The motion includes a statement without detail or elaboration that: "Plaintiff is receiving all the relief he could recover if he were to prevail on his claims against Defendant even when the fees are deducted from the settlement sum."